United States Bankruptcy Court

Western District of New York

In re:  Case No. 21-10900-CLB
JOSEPH T. CUNNINGHAM  Chapter 13
KARI P. CUNNINGHAM
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0209-1      User: admin      Page 1 of 3
Date Rcvd: Aug 31, 2021      Form ID: 309I      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | JOSEPH T. CUNNINGHAM, KARI P. CUNNINGHAM, 5982 Noble Road, Ripley, NY 14775-9514 |
| tr | + | Julie Philippi, Chapter 13 Trustee, 170 Franklin St., Suite 600, Buffalo, NY 14202-2412 |
| 21877205 | + | Community Bank Na, Attn: Bankruptcy Dept, Po Box 509, Canton, NY 13617-0509 |
| 21877207 | + | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 21877209 | + | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 21877217 | + | SOUTHERN CHAUTAUQUA FCU, 168 East Fairmount Ave., LAKEWOOD, NY 14750-1942 |
| 21877216 | + | SOUTHERN CHAUTAUQUA FCU, 168 FAIRMOUNT AVE., Lakewood, NY 14750-1942 |
| 21877218 | + | Southern Chautauqua Fe, 310 Fairmont Ave, Jamestown, NY 14701-2846 |
| 21877226 | + | Tendto Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 21877227 | + | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 21877229 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 21877230 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: humblelawecf@yahoo.com | Aug 31 2021 18:22:00 | Scott F. Humble, 7 Jackson Ave., W.E., Jamestown, NY 14701-2408 |
| cr | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 21877194 | | Email/Text: ebn@21stmortgage.com | Aug 31 2021 18:22:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 21877195 | + | EDI: GMACFS.COM | Aug 31 2021 22:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 21877196 | | Email/Text: bankruptcy@bbandt.com | Aug 31 2021 18:22:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 21877197 | + | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 21877198 | + | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 21877199 | + | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 21877200 | + | EDI: CITICORP.COM | Aug 31 2021 22:43:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 21877201 | + | EDI: CITICORP.COM | Aug 31 2021 22:43:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 21877202 | + | EDI: CITICORP.COM | Aug 31 2021 22:43:00 | Citibank/The Home Depot, Citicorp Credit |

| | | | | |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 21877203 | + | EDI: WFNNB.COM | Aug 31 2021 22:43:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 21877204 | + | EDI: WFNNB.COM | Aug 31 2021 22:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 21877206 | + | EDI: DISCOVER.COM | Aug 31 2021 22:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 21877208 | + | Email/Text: aurso@frf1.com | Aug 31 2021 18:22:00 | Freedom Road Financial, Attn: Bankruptcy, Po Box 4597, Oak Brook, IL 60522-4597 |
| 21877210 | + | Email/Text: shenris@innerlakesfcu.org | Aug 31 2021 18:22:00 | Inner Lakes Fcu, 19-21 E Main St, Westfield, NY 14787-1399 |
| 21877211 | + | Email/Text: shenris@innerlakesfcu.org | Aug 31 2021 18:22:00 | Inner Lakes Fcu, 19-21 East Main Street, Westfield, NY 14787-1399 |
| 21877212 | | Email/Text: camanagement@mtb.com | Aug 31 2021 18:22:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 21877213 | + | Email/Text: cuoffice@newelchfcu.com | Aug 31 2021 18:22:00 | North East Welch Fcu, 115 Clay St, North East, PA 16428-1537 |
| 21877214 | + | Email/Text: angela.abreu@northwest.com | Aug 31 2021 18:22:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 21877215 | + | EDI: AGFINANCE.COM | Aug 31 2021 22:43:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 21877469 | + | EDI: RECOVERYCORP.COM | Aug 31 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 21877219 | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Syncb/Car Care Summi, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 21877220 | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 21877221 | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 21877222 | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 21877223 | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 21877224 | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 21877225 | + | EDI: RMSC.COM | Aug 31 2021 22:43:00 | Synchrony Bank/Yamaha, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 21877228 | + | Email/Text: jsprentz@urc.com | Aug 31 2021 18:22:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |
| 21877231 | + | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julie Philippi | ecfbuffalo13@gmail.com  jphilippi13@ecf.epiqsystems.com |
| Scott F. Humble | on behalf of Joint Debtor KARI P. CUNNINGHAM humblelawecf@yahoo.com  humblelawecf@yahoo.com |
| Scott F. Humble | on behalf of Debtor JOSEPH T. CUNNINGHAM humblelawecf@yahoo.com  humblelawecf@yahoo.com |

TOTAL: 3

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1 | **JOSEPH T. CUNNINGHAM** | Social Security number or ITIN: | **xxx–xx–0835** |
| | First Name    Middle Name    Last Name | | |
| Debtor 2 (Spouse, if filing) | **KARI P. CUNNINGHAM** | Social Security number or ITIN: | **xxx–xx–2143** |
| | First Name    Middle Name    Last Name | | |
| United States Bankruptcy Court **Western District of New York** | | Date case filed for chapter **13   August 26, 2021** | |
| Case number:   **1–21–10900–CLB** | | | |

<u>Official Form 309I</u>
**Notice of Chapter 13 Bankruptcy Case**                                                                                                 10/2020

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | JOSEPH T. CUNNINGHAM | KARI P. CUNNINGHAM |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 5982 Noble Road<br>Ripley, NY 14775 | 5982 Noble Road<br>Ripley, NY 14775 |
| **4. Debtor's attorney**<br>Name and address | Scott F. Humble<br>7 Jackson Ave., W.E.<br>Jamestown, NY 14701–2408 | Contact phone  (716) 664–2889 |
| **5. Bankruptcy trustee**<br>Name and address | Julie Philippi<br>Chapter 13 Trustee<br>170 Franklin St.<br>Suite 600<br>Buffalo, NY 14202 | Contact phone  716–854–5636 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>https://pacer.uscourts.gov</u>. | Robert H. Jackson U.S. Courthouse<br>2 Niagara Square<br>Buffalo, NY 14202<br><br>Website: http://www.nywb.uscourts.gov | Hours open: 8:00 a.m. to 4:30 p.m.<br>Monday – Friday<br><br>Contact phone (716) 362–3200<br><br>Date: August 31, 2021 |

**For more information, see page 2 >**

| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 7, 2021 at 09:30 AM**<br><br>**\*FOR 341 MEETING, CALL: 877–901–9778; PASSCODE: 1727112**<br><br>**Debtors must provide picture identification and proof of social security number to the trustee at this meeting of creditors. Failure to do so may result in your case being dismissed.**<br><br>**The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.** | Location:<br><br>**DUE TO COVID19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY UNTIL FURTHER NOTICE.**<br><br>**PLEASE CHECK THE CASE DOCKET FOR CURRENT INFORMATION.** |
| **8. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: December 6, 2021** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: November 4, 2021** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: February 22, 2022** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Objections to confirmation may be made in accordance with FRBP Rule 3015(f) or as otherwise permitted by the Court.** | |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. The confirmation hearing will be scheduled for a date and time to be designated at the conclusion of the 341 meeting. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |