UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: JOSEPH T. CUNNINGHAM  
KARI P. CUNNINGHAM  
xxx-xx-0835  
xxx-xx-2143  

Case No. 21-10900 B

Chapter 13

Debtor(s)

---

## NOTICE OF CONFIRMATION HEARING

A hearing on the confirmation of the Chapter 13 plan in the above-entitled matter will be held on:

**FEBRUARY 3, 2022 AT 12:05 P.M.**
**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

The hearing will be held by telephone only. To access the Telephone Conference System, parties should dial **571-353-2301**. When prompted for the "number you wish to dial," enter **483077448#**. When prompted for the "security pin," enter **9999#**. Telephonic appearances are required pursuant to an administrative order or case management order of the Court. The administrative order, case management order, and other information regarding court operations during the COVID-19 pandemic can be found on the Court's website at www.nywb.uscourts.gov.

Creditors may file written objections to confirmation at any time prior to confirmation.

THE PLAN PROPOSES PAYMENTS TO THE TRUSTEE OF **$756** PER MONTH AND A **5%** DISTRIBUTION TO GENERAL UNSECURED CREDITORS HAVING FILED ALLOWED CLAIMS. THE DEBTOR SHALL SURRENDER THE 2019 POLARIS TO THE LIENHOLDER.

Dated: December 02, 2021