UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

JOSEPH T CUNNINGHAM
AND KARI P CUNNINGHAM,

    Debtors.

Hearing Date: January 6, 2022
Hearing Time: 12:00 pm

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1)**

Case No. 21-10900-CLB
Chapter 13

    Creditor, FreedomRoad Financial, having moved for an Order, pursuant to 11 U.S.C. §362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

    UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d)(1), dated December 9, 2021, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

    NOW, ON MOTION of FreedomRoad Financial, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

    ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for Relief by the debtors, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, FreedomRoad Financial, to obtain possession and dispose of its collateral; namely, one (1) 2019 Polaris Ranger XP 1000 EPS (V.I.N. 4XARRE994K8542886); and it is further

    ORDERED, that FreedomRoad Financial is hereby awarded attorneys' fees in the amount of $350.00 and costs in the amount of $188.00; and it is further

ORDERED, that FreedomRoad Financial, shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.



Hon. Carl L. Bucki
United States Bankruptcy Judge
Western District of New York

FILED JAN 1 2 2022 BANKRUPTCY COURT BUFFALO, N.Y.