**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re:<br><br>JOSEPH T. CUNNINGHAM<br>KARI P. CUNNINGHAM<br>Debtor(s) | Case No.: 1−21−10900−CLB<br>Chapter: 13<br><br>SSN: xxx−xx−0835<br>SSN: xxx−xx−2143 |

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **January 12, 2022**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #52: Order Granting Motion For Relief From Stay re: 2019 Polaris Ranger (RE: related doc(s) 44 Motion for Relief From Stay). Signed on 1/12/2022. NOTICE OF ENTRY. (Pinto, M.)

Date: January 12, 2022                                Lisa Bertino Beaser
                                                      Clerk of Court

Form ntcentry/Doc 52
www.nywb.uscourts.gov